```
                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF OHIO
                     WESTERN DIVISION
```

PAULINE ELDRIDGE,                 :
                                  :   NO. 1:11-CV-00723
       Plaintiff,                :
                                  :
  v.                              :
                                  :   **OPINION AND ORDER**
                                  :
COMMISSIONER OF SOCIAL            :
SECURITY,                         :
                                  :
       Defendant.                :


       This matter is before the Court on the Magistrate Judge's Report and Recommendation, (doc. 12), Plaintiff's Objections (doc. 13), and Defendant's Response (doc. 14). In her Report and Recommendation, the Magistrate Judge recommended the decision of the Administrative Law Judge ("ALJ") denying Plaintiff Disability Insurance Benefits ("DBI") and Supplemental Security Income ("SSI") be affirmed and this case be dismissed from the docket of the Court. For the reasons indicated herein, the Court ADOPTS the Magistrate Judge's Report and Recommendation in its entirety.

       Proper Notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

       Having reviewed this matter de novo pursuant to 28 U.S.C.

§ 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct. The Court agrees with Defendant's position (doc. 14) that Plaintiff's objections to the Magistrate Judge (doc. 13) are merely restated arguments that fail to show error on the part of the Magistrate Judge. The Court finds substantial evidence in the record supporting the conclusion that Plaintiff does not qualify as disabled, and agrees that the Magistrate Judge came to a proper conclusion regarding Plaintiff's credibility.

Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation in all respects (doc. 12), AFFIRMS the decision of the Commissioner denying Plaintiff's DIB and SSI applications, and closes this matter on the docket of the Court.

SO ORDERED.

Dated: April 2, 2013     s/S. Arthur Spiegel
                         S. Arthur Spiegel
                         United States Senior District Judge